IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                                       Case No. 2:25-cr-00099

Terrance Cummings

## Order of Recusal

The undersigned hereby recuses himself from this case and instructs that it be redrawn.

Date: June 9, 2025                                                         s/ James L. Graham
                                                                                 James L. Graham
                                                                                 United States District Judge