# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TERRANCE A. CUMMINGS,

Defendant.

CASE NO. 2:25-cr-99

JUDGE MICHAEL H. WATSON

## ORDER

This matter comes before the Court on the Government's Third Motion to Revoke Defendant Terrance A. Cummings' Communication Privileges. That motion is **GRANTED.**

**IT IS HEREBY ORDERED THAT** the defendant is **PROHIBITED** from communicating—either directly or indirectly by any means, including, but not limited to, in person, by telephone, by text message, by physical mail, and by electronic mail or other internet messaging, with any identified (1) victims, (2) witnesses, or (3) individuals who were identified during the investigation of this matter and were directly and proximately harmed as a result of the commission of the offenses to which the defendant has pled guilty.  The Crime Victims' Rights Act specifically provides such protection for victims, stating that they have a "right to be reasonably protected from the accused." 18 U.S.C. § 3771(a)(1).

June 16, 2026
**Date**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT